UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE LEA JACKSON,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS; ALMADOVAR; CRUZ; MILLER; McKENZIE,

                Defendants.

25-CV-7146 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated August 29, 2025, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   October 31, 2025
            New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                          Chief United States District Judge